## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o <br> CPF UNDERGROUND UTILITIES, INC. <br> P.O. Box 409 <br> 180 Jibsail Drive <br> Prince Frederick, Maryland 20678 <br><br> and <br><br> CPF UNDERGROUND UTILITIES, INC. <br> P.O. Box 409 <br> 180 Jibsail Drive <br> Prince Frederick, Maryland 20678 <br><br>       Plaintiffs, <br><br>   v. <br><br> GOEL SERVICES INC. <br> 6201 Dix Street, N.E. <br> Washington, D.C. 20019 <br><br> <u>SERVE REGISTERED AGENT:</u> <br><br>    C T Corporation System <br>    1015 15th St NW <br>    Suite 1000 <br>    Washington, District of Columbia 20005 <br><br> and <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND <br> 600 Red Brook Blvd., 4th Floor <br> Owings Mills, MD 21117 <br><br> <u>SERVE REGISTERED AGENT:</u> <br><br>    CSC-Lawyers Incorporating Service Company <br>    7 St. Paul Street, Suite 1660 | **COMPLAINT** <br><br> No. |

|  |  |
|---|---|
| **Baltimore, Maryland 21202** | ) |
|  | ) |
| **Defendants.** | ) |

## COMPLAINT

Use-Plaintiff The United States of America f/u/b/o CPF Underground Utilities, Inc. and CPF Underground Utilities, Inc. ("CPF") hereby bring this Complaint against Goel Services Inc. ("Goel") and Fidelity and Deposit Company of Maryland ("Fidelity"), and state in support thereof as follows:

## THE PARTIES

1. Use-Plaintiff and Plaintiff CPF is a contractor located at P.O. Box 409, 180 Jibsail Drive, Prince Frederick, Maryland 20678.

2. Defendant Goel is a contractor located at 6201 Dix Street, N.E., Washington, District of Columbia 20019.

3. Defendant Fidelity is located at 600 Red Brook Blvd., 4th Floor, Owings Mills, MD 21117 and is, upon information and belief, duly authorized to engage in the business of executing surety bonds in the District of Columbia.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to the Miller Act, United States Code 40 U.S.C. §§ 3131(a) et seq.

6. Pursuant to the Miller Act, 40 U.S.C. § 3133(b)(3), venue is proper in this Court since the Prime Contract was performed at or near the Naval Research Laboratory, which is in the District of Columbia.

## FACTS

7. Goel, the prime contractor on the project, entered into Contract No. N40080-09-R-2030 with the United States Government to perform certain work in connection with repair of a steam

line between buildings at the Naval Research Laboratory in Washington, District of Columbia (the "Prime Contract").

8. Pursuant to the terms of the Prime Contract, Goel, as principal, and Fidelity, as surety, executed and delivered to the United States a Payment Bond (the "Bond," No. PRF 8996837, attached hereto as Exhibit 1), conditioned as required by the Miller Act, for the protection of all persons supplying labor and materials in the prosecution of the work provided for in the Prime Contract.

9. CPF entered into a subcontract with Goel whereby CPF agreed to perform a portion of the work required by the Prime Contract (the "Subcontract," attached hereto as Exhibit 2).

10. CPF performed all work requested of it in a workmanlike and timely fashion and is entitled to be paid in full for the work it performed.

11. CPF has performed work for which it remains unpaid, without legal justification or excuse, in the amount of at least $385,463.70. This amount has been due and owing for more than 90 days but less than one year.

12. CPF has made repeated attempts to resolve this matter with the Goel and Fidelity but has been unsuccessful in obtaining a resolution.

13. Despite CPF's demand for payment, Goel and Fidelity have failed and refused to make payment to CPF. Goel's failure to make payment is a material breach of the Subcontract. Goel's and Fidelity's failure to make payment under the Bond is a material breach of their Bond obligation.

## COUNT I
### (Bond Claim)

14. The preceding paragraphs 1-13 are incorporated as if fully set forth herein.

15. A period of more than 90 days but less than one year after the day on which the last labor was performed or materials supplied to the project by CPF has elapsed on outstanding invoices currently totaling at least $385,463.70, plus interest.  CPF has not been paid for the aforesaid labor and/or materials.

16. CPF put Goel and Fidelity on formal notice of CPF's Bond claim via letter dated December 10, 2012.

17. CPF has satisfied all conditions precedent to payment of the amount due on the Bond and otherwise.  Alternatively, the Goel and Fidelity have waived or excused all conditions precedent.

18. CPF is a person entitled to the protection of the Miller Act, United States Code 40 U.S.C. § 3131(a) et seq. and is also a person protected by the Bond furnished by Goel and Fidelity.

19. CPF is a claimant under the Bond; its claim, set forth herein, is recoverable under the Bond and the Miller Act; and all conditions precedent for CPF's recovery hereunder have either been performed, have been satisfied, or have been waived.

20. By reason of the foregoing, Goel and Fidelity are justly indebted to CPF under the Bond in the sum of at least $385,463.70, plus interest as allowed by law.

WHEREFORE, the United States of America f/u/b/o CPF Underground Utilities, Inc. and CPF Underground Utilities, Inc. demand judgment against Goel Services Inc. and Fidelity and Deposit Company of Maryland, jointly and severally, in the amount of at least $385,463.70, plus interest as allowed by law, costs and such other and further relief as this Court deems just and proper.

## COUNT II
**(Breach of Contract Claim)**

21. The preceding paragraphs 1-20 are incorporated as if fully set forth herein.

22. Goel is indebted to CPF in the sum of at least $385,463.70.

23. Goel's failure to make payment as due is a material breach of the Subcontract.

WHEREFORE, CPF Underground Utilities, Inc. demands judgment against Goel Services Inc., in the amount of at least $385,463.70, plus interest as allowed by law, costs and such other and further relief as this Court deems just and proper.

Date:  March 22, 2013
                                          Respectfully submitted,

K&L GATES LLP

/s/ Andrew N. Cook
Andrew N. Cook  (D.C. Bar No. 416199)
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
T: 202-778-9106
F:  202-778-9100
E: andrew.cook@klgates.com